Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
MARIA L. GALVAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA L. GALVAN | ) Case No.: 2:14-cv-01439-LDG-CWH |
| Plaintiff, | ) UNOPPOSED MOTION TO |
| v. | ) EXTEND TIME TO FILE MOTION |
| | ) FOR REMAND AND/OR REVERSAL |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security. | ) (FIRST REQUEST) |
| Defendant. | ) |

Plaintiff Maria L. Galvan and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from January 21, 2015 to February 26, 2015 for Plaintiff to file her Motion for Remand and/or Reversal, and that Defendant shall have until March 30, 2015 to file his opposition, if any is forthcoming. Any reply by Plaintiff shall be due April 20, 2015. This is Plaintiff's first request for an extension.

///

-1-

1 An extension of time for plaintiff is needed due to a calendaring error and in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

Counsel for defendant has indicated, via e-mail, that this motion to extend the time to file is not opposed.

DATE: January 27, 2015          Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Ms. Maria L. Galvan

DATE: January 27, 2015
DANIEL G. BOGDEN
United States Attorney

/s/ *Armand D. Roth*

BY: _____
ARMAND D. ROTH
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE

DATED: January 28, 2015